THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BFS GROUP LLC DBA BFS GROUP OF WASHINGTON LLC<br>d/b/a BUILDERS FIRSTSOURCE,<br><br>Defendant. | NO. 2:24-cv-01562-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO STAY LITIGATION DUE TO LAPSE IN APPROPRIATIONS |

Upon Motion and good cause appearing,

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

DATED this 2nd day of October 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR

EEOC v. BFS GROUP LLC ET AL.,
No. 2:24-cv-01562-JCC
[~~PROPOSED~~] ORDER GRANTING MOTION TO STAY LITIGATION DUE TO LAPSE IN APPROPRIATIONS - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027

1  Presented by:

2  BY: */s/ Gregory A. Hitzel*
3  GREGORY A. HITZEL
   Senior Trial Attorney
4  Seattle Field Office
   909 1st Avenue, Suite 400
5  Seattle, Washington 98104-1061
   Telephone (206) 576-3029
6  Facsimile (206) 220-6196
7  gregory.hitzel@eeoc.gov

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

EEOC v. BFS GROUP LLC ET AL.,
No. 2:24-cv-01562-jcc
[PROPOSED] ORDER GRANTING MOTION TO STAY
LITIGATION DUE TO LAPSE IN APPROPRIATIONS - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027