THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BFS GROUP LLC DBA BFS GROUP OF WASHINGTON LLC<br>d/b/a BUILDERS FIRSTSOURCE,<br><br>Defendant. | NO. 2:24-cv-1562-JCC<br><br>[~~PROPOSED~~] ORDER APPROVING CONSENT DECREE |

The Court, having considered the proposed Consent Decree submitted by Plaintiff EEOC and Defendant filed concurrently herewith (**Dkt 28**), HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of Plaintiff EEOC's claims. The EEOC's lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

DATED this __29th__ day of __December__, 2025.

*/s/ John C. Coughenour*
THE HONORABLE JOHN C. COUGHENOUR
United States District Judge

[~~PROPOSED~~] ORDER APPROVING CONSENT DECREE
No. 2:24-cv-1562
PAGE 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027

*Presented by:*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:   /s/Roberta Steele
Roberta Steele

| | |
|---|---|
| ROBERTA STEELE | CATHERINE L. ESCHBACH |
| Regional Attorney | Acting General Counsel |
| | |
| DAMIEN A. LEE | CHRISTOPHER LAGE |
| Assistant Regional Attorney | Deputy General Counsel |
| | |
| GREGORY A. HITZEL | GWENDOLYN REAMS |
| Senior Trial Attorney | Associate General Counsel |

Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 576-3029         Office of the General Counsel
Fax: (206) 220-6916              131 "M" Street NE
Email: gregory.hitzel@eeoc.gov   Washington, D.C. 20507

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By:  /s/Beth G. Joffe
D. Michael Reilly
Beth G. Joffe
Joseph Q. Ridgeway
Ballard Spahr LLP
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
reillym@ballardspahr.com
joffeb@ballardspahr.com
ridgewayj@ballardspahr.com

*Attorneys for Defendant*

[Proposed] Order Approving Consent Decree
No. 2:24-cv-1562
Page 2

Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, WA 98104
Tel. (206) 576-3027